# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

| | | |
|---|---|---|
| WACHTER ELECTRIC COMPANY | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 3:10CV00083   SWW |
| ELECTRIC SYSTEMS, INC., ET AL. | * | |
| | * | |
| Defendants | * | |

## ORDER

Leslie Anne Boe and Darcy Victoria Hennessy, attorneys from Kansas, seek to appear before the Court *pro hac vice* as additional counsel for Plaintiff.   For good cause shown, the motions for leave to appear *pro hac vice* (docket entries #2, #3) are GRANTED.  Leslie Ann Boe and Darcy Victoria Hennessy are hereby admitted to the bar of this Court for the purpose  of appearing in this case as additional counsel for Plaintiff.

IT IS SO ORDERED THIS 28th DAY OF APRIL, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE