IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| WACHTER ELECTRIC COMPANY | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | NO: 3:10CV00083   SWW |
| ELECTRICAL SYSTEMS, INC.; | * | LEAD CASE |
| ROBERTS & SCHAEFER COMPANY; | * | |
| and RLI INSURANCE COMPANY | * | |
| | | |
| Defendants | | |

*consolidated with:*

| | | |
|---|---|---|
| ELECTRICAL SYSTEMS, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | NO: 3:10CV00140 SWW |
| WESTERN SURETY COMPANY | * | |
| | * | |
| Defendant | * | |

## ORDER of DISMISSAL

All parties in this case have filed a joint notice stipulating that all claims joined in this lawsuit should be dismissed with prejudice.  Pursuant to Rule 41(a)(1)(A)(ii), the above captioned actions are hereby **DISMISSED WITH PREJUDICE,** and all costs incurred shall be borne by the party incurring same.

IT IS SO ORDERED THIS 19TH  DAY OF JANUARY, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE